HERBERT LORD & another *vs.* MARYLAND CASUALTY COMPANY. October 28, 1964. Order affirmed. The petitioners show no error in the order denying their application for leave to file "information in the nature of a

quo warranto" to raise the issue of the right of the respondent to decline to furnish them with motor vehicle insurance other than the minimum compulsory liability insurance. Nothing is averred to show "the exercise [by the respondent] of a franchise or privilege not conferred by law." G. L. c. 249, § 6. *Goddard* v. *Smithett,* 3 Gray, 116, 120. See *Gardner Trust Co.* v. *Whitehall Corp.* 260 Mass. 239, 240. Compare *Adams* v. *Hannah,* 261 Mass. 125.

*Herbert Lord* for the petitioners.

No argument or brief for the respondent.